UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DONALD LENELL SHEPPARD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| vs. | ) | **CASE NO. 4:25-CV-82-BO-RJ** |
| | ) | |
| UPPER CRUST FOOD SERVICE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objection to the memorandum and recommendation is OVERRULED. The memorandum and recommendation [DE 5] is ADOPTED in its entirety. Plaintiff's amended complaint is hereby DISMISSED. The Clerk is DIRECTED to close the case.

This Judgment filed and entered on March 19, 2026, and copies to:
William Donald Lenell Sheppard           (Sent to 1849 Quil Ridge Rd. Apt. D
                                          Greenville, NC 27858 via US Mail)

March 19, 2026                            PETER A. MOORE, JR.
                                          Clerk of Court

                                          By: /s/ Nicole Sellers
                                              Deputy Clerk